United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 21-12022-mdc

Cincearae Kelly     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Feb 25, 2022     Form ID: pdf900     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cincearae Kelly, 6731 Lynford Street, Philadelphia, PA 19149-2127 |
| cr | + | Wilmington Trust, National Assocation, RAS Crane PLCC, 130 Clinton Road #202, Fairfield, NJ 07004-2927 |
| 14623986 | | AT &T Mobility/At&T Services, One aT & T Way,, Suite 3A104, Bedminster, NJ 07921 |
| 14623990 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14623997 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14623999 | | Sunrise Credit Services, P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 14637827 | + | WILMINGTON TRUST NATIONAL ASSOCIATION, Nationstar Mortgage LLC dba Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14638352 | + | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESO, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14625292 | + | Wilmington Trust, National Association, c/o RAS Crane PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14624000 | + | Wilmington Trust, National Association, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 25 2022 23:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 25 2022 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 25 2022 23:51:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14635940 | + | Email/Text: g20956@att.com | Feb 25 2022 23:51:00 | AT&T Mobility II LLC, C/O AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14623983 | + | Email/Text: backoffice@affirm.com | Feb 25 2022 23:51:00 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 14623984 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 25 2022 23:51:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14623985 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 25 2022 23:51:00 | Ally Financial, P.O. Box 130424, Saint Paul, MN 55113-0004 |
| 14624691 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 25 2022 23:58:38 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14638663 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 25 2022 23:58:41 | Ally Financial c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14623987 | | Email/Text: megan.harper@phila.gov | Feb 25 2022 23:51:00 | City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 25, 2022 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Floor, Philadelphia, PA 19102-1595 |
| 14637549 | | Email/Text: megan.harper@phila.gov | Feb 25 2022 23:51:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14623988 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 25 2022 23:51:00 | Comenity Bank/Overstock, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14623989 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 25 2022 23:51:00 | Department of Treasury, Internal Revenue Service, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 14626056 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2022 23:58:39 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14624805 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 25 2022 23:51:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14623991 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 25 2022 23:51:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14623994 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 25 2022 23:51:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14623995 | + | Email/PDF: cbp@onemainfinancial.com | Feb 25 2022 23:58:41 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14623996 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 25 2022 23:51:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14623998 | + | Email/Text: bankruptcy@sw-credit.com | Feb 25 2022 23:51:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14636714 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 25 2022 23:58:38 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14637827 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 25 2022 23:51:00 | WILMINGTON TRUST NATIONAL ASSOCIATION, Nationstar Mortgage LLC dba Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14624000 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 25 2022 23:51:00 | Wilmington Trust, National Association, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14623992 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14623993 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14624807 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 25, 2022 | Form ID: pdf900 | Total Noticed: 31 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2022         Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2022 at the address(es) listed below:

**Name**  **Email Address**

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor Wilmington Trust  National Assocation cwohlrab@raslg.com

DAVID M. OFFEN
    on behalf of Debtor Cincearae Kelly dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor WILMINGTON TRUST  NATIONAL ASSOCIATION, AS SUCCESOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF12 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: Cincearae Kelly

Bankruptcy No. 21-12022-MDC

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either: (a) a Certification of No Response confirming that either an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

February 25, 2022
DATED

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE