**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : Chapter 13 |
| **Cincearae Kelly**<br>xxx-xx-9749 | : Case No. 21-12022-MDC |
| **Debtor** | |

**ORDER**

AND NOW, this __10th__ day of __March__ 2022, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE