**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| **Cincearae Kelly** | : | **No.  21-12022-MDC** |
| **Debtor** | : | |


**CERTIFICATION OF NO RESPONSE TO
APPLICATION FOR COMPENSATION OF ATTORNEY FEES**


I hereby certify that I have received no answer, objection or other responsive

pleading to the Application for Compensation of Attorney Fees and respectfully request

that the Order attached to the Application be approved.



/s/  David M. Offen
**Attorney for Debtor
Suite 160 West, Curtis Ctr.
601 Walnut Street**
**Dated: 03/17/2022**                 **Philadelphia, PA  19106
215-625-9600**